```
                         United States Bankruptcy Court
                          Eastern District of California

In re:                                              Case No. 19-27009-C
Marshall Robert Tucker                              Chapter 7
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 0972-2         User: admin           Page 1 of 1          Date Rcvd: Nov 13, 2019
                             Form ID: 309A         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
db             +Marshall Robert Tucker, Jr.,    1595 Gray Ave,    Yuba City, CA 95991-2440
aty            +Gabriel E. Liberman,    2033 Howe Ave #140,    Sacramento, CA 95825-0199
tr             +J. Michael Hopper,    PO Box 73826,    Davis, CA 95617-3826
22913741       +Dominion Energy,    P O Box 26543,    Richmond VA 23290-0001
22913742       +Independent Savings Plan Company ISPC,    Attn Bankruptcy,    1115 Gunn Highway Suite 100,
                 Odessa FL 33556-5328
22913744       +Mr Cooper,    Attn Bankruptcy Department,    8950 Cypress Waters Blvd,    Coppell TX 75019-4620
22913747       +Svo Portfolio Services,    Attn Loan Servicing Administration,    9002 San March Court,
                 Orlando FL 32819-8600
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: EDD.COM Nov 14 2019 08:53:00      Employment Development Department,
                 Bankruptcy Group, MIC 92E,    PO Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Nov 14 2019 08:53:00      Franchise Tax Board,    PO Box 2952,
                 Sacramento, CA  95812-2952
22913739       +EDI: CAPITALONE.COM Nov 14 2019 08:53:00      Capital One,    Attn Bankruptcy,    Po Box 30285,
                 Salt Lake City UT 84130-0285
22913740       +EDI: CREDPROT.COM Nov 14 2019 08:53:00      Credit Protection Association,    Attn Bankruptcy,
                 Po Box 802068,    Dallas TX 75380-2068
22913743       +E-mail/Text: pslater@langleyfcu.org Nov 14 2019 04:09:19      Langley Federal Credit Union,
                 Attn Bankruptcy Department,    721 Lakefront Commons,    Newport News VA 23606-3324
22913745       +EDI: NFCU.COM Nov 14 2019 08:53:00      Navy FCU,    Attn Bankruptcy Dept,    Po Box 3000,
                 Merrifield VA 22119-3000
22913746       +E-mail/Text: colleen.atkinson@rmscollect.com Nov 14 2019 04:09:27
                 Receivables Management Systems,    P O Box 73810,    Richmond VA 23235-8047
22913738       +E-mail/Text: ustpregion17.sc.ecf@usdoj.gov Nov 14 2019 04:09:05
                 U S D O J - Office of the U S Trustee,    Eastern District of CA Sacramento,
                 Robert T Matsui U S Courthouse,    501 I St 7th Floor Room 7-500,    Sacramento CA 95814-7304
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:
NONE.                                                                                TOTAL: 0

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Marshall Robert Tucker Jr.** | Social Security number or ITIN  **xxx–xx–0893** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of California** | | Date case filed for chapter  **7:   11/11/19** |
| Case number:   **19–27009 – C – 7** | | |

12/15

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Marshall Robert Tucker Jr. | |
| 2. | **All other names used in the last 8 years** | aka Marshall R Tucker Jr. | |
| 3. | **Address** | 1595 Gray Ave<br>Yuba City, CA 95991 | |
| 4. | **Debtor's attorney**<br>Name and address | Gabriel E. Liberman<br>2033 Howe Ave #140<br>Sacramento, CA 95825 | Contact phone:   916–485–1111 |
| 5. | **Bankruptcy trustee**<br>Name and address | J. Michael Hopper<br>PO Box 73826<br>Davis, CA 95617 | Contact phone:   530–757–2033 |

**For more information, see page 2 >**

Debtor: **Marshall Robert Tucker Jr.**                                    Case number: **19–27009 – C – 7**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Robert T Matsui United States Courthouse<br>501 I Street, Suite 3–200<br>Sacramento, CA 95814 | Hours: M–F 9:00 AM – 4:00 PM<br>www.caeb.uscourts.gov<br>Phone: (916) 930–4400<br>Date: 11/13/19 |
| **7.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 18, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br><br>**Robert T Matsui United States Courthouse, 501 I Street, Room 7–B, 7th Floor, Sacramento, CA**<br><br>**Debtors are required to bring government issued photo identification and proof of social security number to the meeting of creditors.** |
| **8.** | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/18/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov or debtors can register for DeBN by filing form EDC 3–321 Debtor's Electronic Noticing Request (DeBN) with the Clerk of Court. Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email. | |